# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                              Plaintiff,

vs.

Marbrissa Laguna-Orendain (2),

                              Defendant.

Case No. 20-cr-2835-CAB

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☒    the Court has dismissed the case as to this defendant only.

☐    the Court has granted the motion of the Government for dismissal, without prejudice; or

☐    the Court has granted the motion of the defendant for a judgment of acquittal; or

☐    a jury has been waived, and the Court has found the defendant not guilty; or

☐    the jury has returned its verdict, finding the defendant not guilty;

☐    of the offense(s) as charged in the Indictment/Information:

_____

_____

_____

Dated:   7/8/2021

Hon. Bernard G. Skomal
United States Magistrate Judge